UNITED STATES DISTRICT COURT
BANKRUPTCY COURT

| | |
|---|---|
| BRUCE M. HARGRAVE )<br>)<br>CREDITOR )<br>)<br>V. )<br>)<br>TRACEY D. TURNER )<br>)<br>DEBTOR ) | CASE No: 19-00206-SMT |

## ADVERSE ACTION AND OBJECTION TO CONFIRMATION

COMES NOW Creditor, Bruce M. Hargrave, by and through undersigned counsel and files this Adverse Action against Tracey D. Turner on the following grounds: (1) fraud and/or fraud in the inducement and respectfully Objects to Confirmation of the Debtor's Proposed Plan. Creditor Objects to said Bankruptcy Plan for the underlying reasons.

## JURISDICTION

1. This is an adversary proceeding in which the Creditor is seeking monetary, injunctive and declaratory relief,

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2)(I) and 28 U.S.C. § 157 (b)(2)(J)

4. Creditor has standing to bring this action pursuant to 28 U.S.C. § 157 (b)(2)(I) and 28 U.S.C. § 157 (b)(2)(J).

5. Venue is proper pursuant to 28 U.S.C. § 1409(a) and the Local Rules of the United States Bankruptcy Court for the District of Columbia ("DC").

## PARTIES

6. Creditor, Bruce M. Hargrave ("Hargrave"), was at all times referenced herein a Creditor who lent money to Debtor.

7. Debtor, Tracey D. Turner ("Turner"), at all times referenced herein resided in the District of Columbia and borrowed money from Creditor.

## FACTS COMMON TO FRAUD CLAIMS

### Promissory Note, dated, April 22, 2016

8. Debtor, Turner (the "Borrower") signed a Promissory Note based on a business and/or commercial loan received from Creditor Hargrave in the amount of $25,000.00 in order to build out and renovate a property located at 16 Gerard Street, N.W. Washington. The principle amount of the loan was $20,000.00, with a flat interest fee of $5,000.00.

9. As an inducement, Debtor promised Hargrave that he would repay him the full loan amount in a timely fashion. Creditor relied upon Turner's representations that he would be timely repaid and caused him to execute the aforementioned promissory note. Based upon the Note's "Terms of Repayment", the "Due Date" for the full payment was August 31, 2016. The Debtor did not repay the loan as agreed. Subsequent thereto, the unpaid principle accrued, and continues to accrue with a corresponding interest rate until paid. Debtor at that time knew that he had no intention to repay this debt and did not.

10. Nevertheless, he used Creditor's funds to renovate his Gerard Street Property—and subsequently sold it for $800,000.00. Despite Creditor's communication efforts, Debtor completely ignored him. Once again, he knew that he did not intend to repay this loan. Since then, Creditor has unsuccessfully attempted to collect on this Note. To date the status of the Promissory Note remains unpaid.

### Promissory Note, dated, June 20, 2016

11. On June 20, 2016, Debtor Turner persuaded the Creditor to make a second loan to him—ensuring repayment and signed a second Promissory Note based on a second business/commercial loan from Creditor Hargrave in the amount of $20,000.00 to support the continued renovation construction of the property located at 16 Gerard Street, N.W. This loan included the principal amount of $18,000.00 with a flat interest fee of $2,000.00.

12. The "Due Date" for full payment was no later than August 31, 2016.

13. As with the first loan, the Debtor failed to make full payment or any repayment whatsoever on the unpaid principle and accrued interest by August 31, 2016 and once again, the Debtor knew that he did not intend to make said payments. Further, he knowingly made false representations prior to and during the respective loan contract negotiations, and in the actual contract regarding repayment. Since then, Creditor, has unsuccessfully attempted to collect on this Note as well.

14. On March 15, 2017, Debtor Hargrave filed a legal action against Debtor in the DC Superior Court.

15. On February 8, 2018, Debtor entered into a Settlement Agreement with the Creditor knowing once again that he did not intend to honor the terms and conditions of the agreement, which included a payment of $72,000.00 to Creditor Hargrave. He paid only $5,000.00 and xxx leveraged monies owed to the Creditor to continually reinvest in and/or rehabilitate his investment properties whereupon he made a profit at the Creditor's expense.

16. On March 13, 2019, the DC Superior Court scheduled a hearing to consider this matter and a pending motion to enforce the Settlement Agreement. It was on thereafter that the Debtor filed the immediate bankruptcy.

17. At all times referenced herein, Debtor led Creditor to believe that he (1) was financially capable and willing to complying with the terms of the Note; (2) that he intended to act in good faith to timely repay both business/commercial loans, and to do so in full. He did not, but rather engaged in a pattern and practice of entering into other fraudulent loans in order to leverage said monies for self-serving purposes. The list of creditors identified as Creditors related to onon-payment of loans is incorporated by reference. Debtor misrepresented his intent to repay the unpaid principal and interest accrued according to Terms of Repayment of the respective Notes; consistently therewith, he has refused to repay Creditor.

18. Debtor's actions were willful, deliberate, and malicious.

## ADVERSE ACTION AND OBJECTION
### FRAUD AND FRAUD IN THE INDUCEMENT

19. Creditor repeats and incorporates by reference, as if fully set forth herein; the facts and allegations set forth.

20. Debtor devised, carried out and continues to operate a fraudulent scheme, which started on or around April 22, 2016, when he represented to Creditor that he would repay him certain monies lent to in order to improve a property that he owned on Girard Street. These funds approximated $45,000.00.

21. Creditor reasonably relied on Debtor's representations in both instances and was fraudulently induced to enter into both loan agreements.

22. As a direct and proximate result of Debtor's misrepresentations, Creditor Hargrave has sustained, and will continue to sustain, significant monetary damages, inconvenience, and loss use of monies that Debtor used for his own personal gain.

**WHEREFORE** Creditor respectfully prays that this Honorable Court to enter judgment against Debtor as follows:

(a) Compensatory damages in an amount minimally equal to the amount due and owed plus interest.

(b) Punitive damages in excess of $100,000.00

(c) Such other equitable, injunctive and other relief that this court deems appropriate, including, but not limited to, attorneys' fees and cost.

### **OBJECTION**

23. Creditor adopts the previous paragraphs 1 through 22.

24. Debtor's claims of its debt are not accurate due to false representations.

**WHEREFORE** Creditor respectfully prays that this Honorable Court disapprove Debtor's plan to discharge its debts.

Respectfully submitted,

/s/ Donald M. Temple
Donald M. Temple, Esq.
1310 L. Street, NW Suite 750
Washington, D.C. 20005
(202) 628-1101 Tel.
(202) 628-1149 Fax
dtemplelaw@gmail.com
*Attorney for Creditor*

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

BRUCE M. HARGRAVE )
)
    Plaintiff, )
) Case No: 2017 CA 001690 B
v. ) Judge John M. Campbell
)
TRACEY D. TURNER )
)
    Defendant. )
_____ )

# SETTLEMENT AGREEMENT[1]

The parties hereby agree to resolve the immediate case as follows: Defendant will pay by Cashier/Bank Check $55,000.00 by April 16, 2018 and $17,000.00 by July 2, 2018 for a total of $72,000.00 to Plaintiff.

Pre-trial will be scheduled after April 6, 2018 – but will be stricken subject to Defendant's April 18, 2018 payment – and postponed until after July 2, 2018. If payment is not made as agreed on July 2, 2018, the pre-trial will be held on the scheduled date – and payment by Defendant will be otherwise offset.

If payment is made as agreed, the matter shall be deemed settled and resolved, and the parties will dismiss this case by stipulation, with prejudice.

| | | | |
|---|---|---|---|
| /s/_____ | 02/8/2018 | /s/_____ | 02/8/2018 |
| Donald M. Temple, Esq. | Date | Ronald C. Jessamy, Esq. | 2 Date |
| Attorney for Plaintiff | | Attorney for Defendant | |

---

[1] See attached copy original Agreement.

2017 CA 001690 B HARGRAVE, BRUCE Vs. TURNER, TRACEY JMC

- Case Type:
- Civil II
- Case Status:
- Open
- File Date:
- 03/15/2017
- Action:
- Complaint for Fraud Filed
- Status Date:
- 03/15/2017
- Next Event:
- 09/13/2019

| All Information | Party | Event | Docket | Receipt | Disposition |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 03/15/2017 | Complaint for Fraud Filed  Receipt: 362930  Date: 03/16/2017 | |
| 03/15/2017 | eComplaint. Filed. Submitted. 03/15/2017 17:39. ncv.<br>Attorney: TEMPLE, Mr DONALD M (408749) | Image |
| 03/16/2017 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 06/23/2017   Time: 9:30 am<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 03/16/2017 | Issue Date: 03/16/2017<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>TURNER, TRACEY<br>29 Michigan Ave., NE 20002<br>WASHINGTON, DC  20002<br>Tracking No: 5000186247 | |
| 04/14/2017 | Affidavit of Service of Summons & Complaint on Tracey Turner Filed.<br>TRACEY TURNER (Defendant); | Image |
| 04/14/2017 | Proof of Service<br>    Method   : Service Issued<br>    Issued   : 03/16/2017<br>    Service  : Summons Issued<br>    Served   : 04/10/2017<br>    Return   : 04/14/2017<br>    On       : TURNER, TRACEY<br>    Signed By :<br><br>    Reason   : Proof of Service<br>    Comment  :<br><br>    Tracking #: 5000186247 | |
| 05/10/2017 | Default Issued.  Notice Mailed<br>TRACEY TURNER (Defendant);<br>Vacated on 6/23/17 | Image |
| 06/22/2017 | Praecipe to Enter Appearance Filed. Submitted 06/22/2017 07:27 jhcs.<br>Mr RONALD JESSAMY (Attorney) on behalf of TRACEY TURNER (Defendant) | Image |

7/12/2019    Case 19-00206-SMT    Doc 42    Filed 07/12/19    Entered 07/12/19 23:13:32    Desc Main
Case Details - District of Columbia Superior Court
Document    Page 8 of 11

| Date | Docket Text | Image Avail. |
|---|---|---|
| 06/23/2017 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 06/23/2017 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held (Courtsmart). Plaintiff's Counsel Donald Temple present; Defendant's Counsel Ronald Jessamy present. Default against Defendant Tracey Turner vacated by Judge Campbell in Open Court. Case set on mediation Track 2. Scheduling Order signed by Judge Campbell and received by all parties in Open Court on 6/23/17. Defendant to file an Answer within 14 days of today's date.<br><br>Judge: CAMPBELL, JOHN M    Location: Courtroom 519<br>Participant(s): Judge JOHN M CAMPBELL | |
| 06/23/2017 | Track 2 - Mediation Scheduling Order Entered on the Docket<br>DCM Track Track 2 - Mediation was added on 06/23/2017 with the following milestone(s):<br>Exchange Lists of Fact Witnesses T2 due 08/22/2017<br>Proponent's Rule 26(a)(2)(B) Report T2 due 08/29/2017<br>Opponent's Rule 26(a)(2)(B) Report T2 due 09/21/2017<br>Discovery Request T2 due 10/05/2017<br>Close of Discovery T2 due 11/06/2017<br>Filing Motions T2 due 12/04/2017<br>Dispositive Motions Decided T2 due 01/03/2018<br>ADR - Mediation T2-1 due 01/18/2018<br>ADR - Mediation T2-2 due 02/20/2018<br>Pretrial T2 due 03/19/2018<br>Pretrial T2-2 due 04/18/2018 | Image |
| 07/07/2017 | Verified Answer to Complaint Filed. Submitted 07/07/2017 17:51. ts.<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 08/22/2017 | Plaintiff Bruce M. Hargrave's Witness List Filed. Submitted 08/22/2017 14:59 jhcs.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff); | Image |
| 08/22/2017 | Defendants Witness List Filed. submitted 08/22/2017 15:32. ksc<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 10/11/2017 | Plaintiff Bruce Hargrave's Motion for Summary Judgment Filed. Submitted 10/11/2017 16:26 jhcs.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff);    Receipt: 380601    Date: 10/16/2017 | Image |
| 10/16/2017 | Additional eFiling Document to Plaintiff Bruce Hargrave's Motion for Summary Judgment Filed. Submitted 10/11/2017 16:26 jhcs.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff); TRACEY TURNER (Defendant); | Image |
| 10/25/2017 | Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment. Filed. Submitted. 10/25/2017 23:07. ncv.<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 10/25/2017 | Additional eFiling Document to Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment. Filed. Submitted. 10/25/2017 23:07. ncv.<br>Attorney: JESSAMY, Mr RONALD (192898) | Image |
| 11/06/2017 | Motion for Leave to File a Reply. Filed. Submitted. 11/06/2017 22:55. ncv.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff);    Receipt: 382718    Date: 11/08/2017 | Image |
| 11/06/2017 | Additional eFiling Document to Motion for Leave to File a Reply. Filed. Submitted. 11/06/2017 22:55. ncv.<br>Attorney: TEMPLE, Mr DONALD M (408749) | Image |
| 12/06/2017 | ADR NOTICES ISSUED NEXT BUSINESS DAY:<br>Event: Mediation Session (Civil 2)<br>Date: 02/01/2018    Time: 9:00 am<br>Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 410 E Street, N.W., First Floor | |
| 12/06/2017 | Order Granting Motion for Leave to File a Reply. Signed by Judge Campbell 12/6/17; Efiled and Entered on the Docket 12/6/17. tdk | |
| 12/06/2017 | Motion For Leave to File a Reply Filed.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff);<br>BRUCE HARGRAVE (Plaintiff);    Receipt: 384745    Date: 12/07/2017 | |
| 12/06/2017 | Order Granting Motion for Leave to File a Reply signed by J/Campbell. submitted 12/06/2017 17:35. nb | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/07/2017 | Notice Issued<br><br>Civil 2 Mediation Notice (BSW1)<br>Sent on: 12/07/2017 08:22:40.21 | Image |
| 01/26/2018 | Consent Motion to Continue Mediation. Filed. Submitted. 01/26/2018 14:10. ncv.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff);  Receipt: 388717  Date: 01/31/2018 | Image |
| 01/31/2018 | Order Denying Plaintiff Bruce Hargrave's Motion for Summary Judgment. Signed by Judge Campbell 1/30/18; Efiled and Entered on the Docket 1/31/18. tdk | |
| 01/31/2018 | Order Granting Consent Motion to Continue Mediation. Signed by Judge Campbell 1/31/18; Efiled and Entered on the Docket 1/31/18. tdk | |
| 01/31/2018 | Mediation Cancelled By Chambers<br>The following event: Mediation Session (Civil 2) scheduled for 02/01/2018 at 9:00 am has been resulted as follows:<br><br>Result: Mediation Cancelled By Chambers<br>Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 410 E Street, N.W., First Floor | |
| 01/31/2018 | ADR NOTICES ISSUED NEXT BUSINESS DAY:<br>Event: Mediation Session (Civil 2)<br>Date: 02/08/2018   Time: 9:00 am<br>Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 410 E Street, N.W., First Floor | |
| 01/31/2018 | Order Granting Plaintiff's Consent Motion to Continue Mediation signed by J/Campbell on January 31, 2018. Submitted 01/31/2018 14:49. kd | Image |
| 01/31/2018 | Order Denying Plaintiff's Motion for Summary Judgment signed by Judge John M. Campbell on 1/31/2018. submitted 01/31/2018 11:05. hvw | Image |
| 02/08/2018 | Mediation Held/Agreement Pending<br>The following event: Mediation Session (Civil 2) scheduled for 02/08/2018 at 9:00 am has been resulted as follows:<br><br>Result: *Mediation Held/Agreement Pending<br>Judge: CIVIL 2 MEDIATOR    Location: MEDIATION CENTER, 410 E Street, N.W., First Floor | Image |
| 02/08/2018 | Event Scheduled<br>Event: Pretrial Conference<br>Date: 04/25/2018   Time: 9:30 am<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 02/09/2018 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 02/09/2018 07:45:28.99 | Image |
| 04/19/2018 | Praecipe Filed. Submitted 04/19/2018 13:43. ts.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff); | Image |
| 04/23/2018 | Joint Pretrial Statement. Filed. Submitted. 04/23/2018 20:38. ncv.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff); | Image |
| 04/24/2018 | Amended Joint Pretrial Statement Filed. submitted 04/24/2018 14:38. ksc<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>Attorney: JESSAMY, Mr RONALD (192898)<br>BRUCE HARGRAVE (Plaintiff); TRACEY TURNER (Defendant); | Image |
| 04/25/2018 | Event Resulted:<br>The following event: Pretrial Conference scheduled for 04/25/2018 at 9:30 am has been resulted as follows:<br><br>Result: Pretrial Conference Held. Courtsmart. (519) Plaintiff Hargrave present with Attorney Temple. Defendant Turner present with Attorney Jessamy. Parties entered settlement during mediation for payment, however defendant failed to make the agreed upon payments. Temple made claims of fraud against the defendant. Judge advised parties that the case was about breach of contract, not fraud. Jessamy advised the court that the defendant has issues with the amount of money that is being demanded in interest. Judge urged parties to meet with one another during a brief recess and try to come up with some type of settlement arrangement. After the recess, the parties advised the court that they had come to a settlement but would still like to schedule a trial for 9/6/18 at 10:30 am in case the defendant defaulted on making the payments. Parties have consented to a bench trial and withdrawn the jury demand. Parties will contact the judge in chambers by the end of July to advise him if the trial date needs to be vacated.<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519<br>BRUCE HARGRAVE (Plaintiff); TRACEY TURNER (Defendant); ; Mr RONALD JESSAMY (Attorney) on behalf of TRACEY TURNER (Defendant); Mr DONALD M TEMPLE (Attorney) on behalf of BRUCE HARGRAVE (Plaintiff) | |

7/12/2019    Case 19-00206-SMT    Doc 42    Filed 07/12/19    Entered 07/12/19 23:13:32    Desc Main
Case Details - District of Columbia Superior Court
Document    Page 10 of 11

| Date | Docket Text | Image Avail. |
|---|---|---|
| 04/25/2018 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 09/06/2018    Time: 10:30 am<br>Judge: CAMPBELL, JOHN M    Location: Courtroom 519<br>BRUCE HARGRAVE (Plaintiff); TRACEY TURNER (Defendant); Mr DONALD M TEMPLE (Attorney) on behalf of BRUCE HARGRAVE (Plaintiff); Mr RONALD JESSAMY (Attorney) on behalf of TRACEY TURNER (Defendant) | |
| 04/26/2018 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 04/26/2018 07:07:14.19 | Image |
| 08/23/2018 | Order Sua Sponte to Vacate the Non-Jury Trial Entered on the Docket. Signed by Judge Campbell 8/23/2018. Efiled and Entered on the Docket 8/23/2018. NCR. | |
| 08/23/2018 | Event Resulted:<br>The following event: Non-Jury Trial scheduled for 09/06/2018 at 10:30 am has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: CAMPBELL, JOHN M    Location: Courtroom 519 | |
| 08/23/2018 | Order Sua Sponte Ordered that the Non-Jury Trial scheduled for September 6, 2018 is Vacated signed by J/Campbell on 8/23/18. submitted 08/23/2018 17:36. ksc | Image |
| 08/29/2018 | Plaintiff's Rule 60 Motion for Reconsideration of this Court's August 23, 2018 Order to Vacate the Scheduled September 6, 2018 Non-Jury Trial in the Above Captioned Case Filed. Submitted 08/29/2018 09:31. kd<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>Mr DONALD M TEMPLE (Attorney) on behalf of BRUCE HARGRAVE (Plaintiff)    Receipt: 407453    Date: 09/05/2018 | Image |
| 08/29/2018 | Additional eFiling Document to Plaintiff's Rule 60 Motion for Reconsideration of this Court's August 23, 2018 Order to Vacate the Scheduled September 6, 2018 Non-Jury Trial in the Above Captioned Case. Submitted 08/29/2018 09:31. kd<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>Mr DONALD M TEMPLE (Attorney) on behalf of BRUCE HARGRAVE (Plaintiff) | Image |
| 09/05/2018 | Settled With Stipulation. Filed. Submitted. 09/05/2018 19:24. ncv.<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 09/11/2018 | Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff Bruce Hargrave's Motion for Reconsideration of This Court's Order August 23, 2018 Order Filed. Submitted 09/11/2018 23:02. ajm<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 09/11/2018 | Additional eFiling Document to Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff Bruce Hargrave's Motion for Reconsideration of This Court's Order August 23, 2018 Order Filed. Submitted 09/11/2018 23:02. ajm<br>Attorney: JESSAMY, Mr RONALD (192898) | Image |
| 11/08/2018 | Order Denying Plaintiff's Rule 60 Motion for Reconsideration of this Court's August 23, 2018 Order to Vacate the Scheduled September 6, 2018 Non-Jury Trial in the Above Captioned Case. Signed by Judge Campbell 11/7/18; Efiled and Entered on the Docket 11/8/18. tdk | |
| 11/08/2018 | Order Denying Rule 60 Motion for Reconsideration of This Court's August 23, 2018 Order to Vacate the Scheduled September 6, 2018 Non-Jury Tiral Signed by Judge Campbell on 11/07/2018. Submitted 11/08/2018 12:32. jhcs. | Image |
| 12/05/2018 | Plaintiff's Motion to Enforce a Judgment Filed. Submitted 12/05/2018 11:46 jhcs.<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff);    Receipt: 415199    Date: 12/12/2018 | Image |
| 12/19/2018 | Defendant's Memorandum of Points and Authoritied in Opposition to Plaintiff Bruce Hargrave's Motion to Enforce Judgment Filed. Submitted 12/19/2018 16:50 jhcs.<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 12/19/2018 | Additional eFiling Document to Defendant's Memorandum of Points and Authoritied in Opposition to Plaintiff Bruce Hargrave's Motion to Enforce Judgment Filed. Submitted 12/19/2018 16:50 jhcs.<br>Attorney: JESSAMY, Mr RONALD (192898)<br>TRACEY TURNER (Defendant); | Image |
| 02/13/2019 | Plaintiff's Motion for Status Filed. Submitted on 02/13/2019 17:23 sv<br>Attorney: TEMPLE, Mr DONALD M (408749)<br>BRUCE HARGRAVE (Plaintiff);    Receipt: 420629    Date: 02/25/2019 | Image |
| 02/26/2019 | Opposition to Motion to Enforce Judgment Filed: Submitted 02/26/2019 09:18.lm<br>Mr RONALD JESSAMY (Attorney) on behalf of TRACEY TURNER (Defendant) | Image |
| 02/26/2019 | Additional eFiling Document to Opposition to Motion to Enforce Judgment Submitted 02/26/2019 09:18.lm | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 03/13/2019 | Order Sua Sponte to Set Hearing. Signed by Judge Campbell 3/13/19; E-Filed and Entered on Docket 3/13/19. msk | |
| 03/13/2019 | Event Scheduled<br>Event: Motion Hearing<br>Date: 04/26/2019   Time: 11:00 am<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 03/13/2019 | Order Scheduling a Hearing signed by J/Campbell on March 13, 2019. Submitted 03/13/2019 17:55. kd | Image |
| 04/23/2019 | Praecipe (Suggestion of Bankruptcy) Filed. submitted 04/23/2019 13:36. hvw<br>Attorney: JESSAMY, Mr RONALD (192898) | Image |
| 04/26/2019 | Event Scheduled<br>Event: Status Hearing<br>Date: 06/07/2019   Time: 10:30 am<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 04/26/2019 | Event Resulted:<br>The following event: Motion Hearing scheduled for 04/26/2019 at 11:00 am has been resulted as follows:<br><br>Result: Status Hearing Held. Attorney Ronald Jessamy present for defendant. Attorney Donald Temple present for plaintiff. Judge Status hearing set for 6/7/2019 at 10:30 AM.<br><br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 04/29/2019 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 04/29/2019  07:01:01.54 | |
| 06/06/2019 | Order Sua Sponte to Continue Status Hearing Due to Bankruptcy Stay. Signed by Judge Campbell 6/6/19; E-Filed and Entered on Docket 6/6/19. msk | |
| 06/06/2019 | Event Resulted:<br>The following event: Status Hearing scheduled for 06/07/2019 at 10:30 am has been resulted as follows:<br><br>Result: Status Hearing Continued<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 06/06/2019 | Event Scheduled<br>Event: Status Hearing<br>Date: 09/13/2019   Time: 10:30 am<br>Judge: CAMPBELL, JOHN M   Location: Courtroom 519 | |
| 06/06/2019 | Order Continuing the Status Hearing to September 13, 2019 Entered on Docket. Signed by Judge J. Campbell on 06/06/2019. Submitted. 06/06/2019 12:56. ncv | Image |