**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLUMBIA**

In Re:      **TRACEY D. TURNER**                    Case No.: 19-002606-SMT

---

**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

---

COMES NOW, Tracey Turner, Debtor, by and through undersigned counsel Elton F. Norman, Esquire and The Norman Law Firm, PLLC moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C §1307(b) and LBR 9013-1 and for his case respectfully states:

1.      The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C §§ 706, 112, or 1208.

WHEREFORE, Debtor requests this Honorable Court enter an Order dismissing Debtor's case and for such other and further relief as justice requires.

Respectfully submitted,
THE NORMAN LAW FIRM PLLC

/s/ Elton F. Norman
Elton F. Norman, Esquire
THE NORMAN LAW FIRM, PLLC
8720 Georgia Avenue, Suite 1000
Silver Spring, Maryland 20910
(301)-588-4888 (ph)
(301) 576-3455 (fax)
enorman@normanlawfirm.net
*Attorney for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July 2019, a true and correct copy of the foregoing was served via electronic transmission and/ or via First Class Mail to:

See Attached Matrix

According to the Court's ECF records, electronic notice of the papers should be provided to the following persons:

Ronald S. Canter on behalf of Creditor Brian Campbell
rcanter@roncanterllc.com

Michael T. Freeman on behalf of Creditor Primary Residential Mortgage, Inc.,
mfreeman@siwpc.com, dpesachowitz@siwpc.com; jmuncy@siwpc.com;
dsasser@siwpc.com; npatel@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com;
siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

Nancy Spencer Grigsby, grigsbyecf@ch13md.com

Elton Feonard Norman on behalf of Debtor Tracey D Turner
enorman@normanlawfirm.net, jthomas@normanlawfirm.net

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

                                                                                     /s/ Elton F. Norman
                                                                                     Elton F. Norman, Esquire